JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE PABLO TREJO GUZMAN,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. 5:26-cv-01583-KES

**JUDGMENT**

In accordance with the Court's Order Partially Granting Petition (Dkt. 15), IT IS HEREBY ADJUDGED that:

1. Respondents shall not re-detain Petitioner absent compliance with applicable regulations and constitutional protections, which include, at a minimum, a pre-deprivation hearing at which entitlement to bond is considered under § 1226(a), and not § 1225, based on individualized facts.

Petitioner's request for declaratory relief regarding his procedural due process and Administrative Procedures Act claims are denied without prejudice as moot.

DATED:  April 29, 2026



_____

Hon. Karen E. Scott
UNITED STATES DISTRICT JUDGE